# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Western Division |
| | Plaintiff, | |
| vs. | | Case Number: 2:02-MJ-02474     Complaint & Warrant |
| | | Initial App. Date: 06/08/2007     Initial App. Time: 2:00 PM |
| Richard Steve Goldberg | | |
| | Defendant. | Date Filed: 06/08/2007 |
| | | Violation: 18:2251(a) |
| | | CourtSmart: _6/8/07_ |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Donna Y. Thomas | Stephen Goodvitch | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Assistant* | *Interpreter/Language* |

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☒ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☐ is _____

☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED.**

☑ Attorney: Michael Schafler, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

   ☐ Special appearance by: _____.

☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

   ☐ Warrant of removal and final commitment to issue.

   ☐ Warrant of removal and final commitment are ordered stayed until _____

☒ Case continued to (Date) _6/13/07_ (Time) _2:00_ AM (PM)

☒ Type of Hearing: _Detention_ Before Judge _Woehrle_ /Duty Magistrate Judge.

Proceedings will be held in the ☐ Duty Courtroom _____ ☒ Judge's Courtroom _640_

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

| ☐ PSA | ☐ FINANCIAL | ☐ READY |
|---|---|---|
| | | Deputy Clerk Initials |
| | | : _15_ |