THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER A. CORBET (SBN 208241)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3752
     Facsimile:  (213) 894-6436

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-582-JFW |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S POSITION RE: PRESENTENCE REPORT AND |
| v. | ) ) | RECOMMENDATION |
| RICHARD STEVE GOLDBERG, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, by and through its attorney of record, the United States Attorney for the Central District of California, hereby files, pursuant to Rule 32(f)(1) of the Federal Rules of Criminal Procedure, its position regarding the Presentence Report and Recommendation ("PSR") for defendant Richard Steve Goldberg.  The government's position, based on the records and files of this case, is that it has **no objection** to the factual information contained in the PSR, nor to the guideline calculation recommended by the Probation Officer.

\\

\\

\\

The government will file a separate position paper containing its sentencing recommendation.

Dated: October 30, 2007          Respectfully submitted,

                                 THOMAS P. O'BRIEN
                                 United States Attorney


                                 _____/s/_____
                                 JENNIFER A. CORBET
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America