*EXHIBIT A*

To Mr. and Mrs. █████████

I recognize that I have lost the right to ask for your understanding. I just hope that in time your hearts may mellow and your feelings toward me may soften. I try to picture myself looking you in the eye as I think up these words, but all I can do is hang my head down.

I don't know how to explain what happened and no words can ever express how very sorry I am. As God is my witness, I never intended for any of this to happen and certainly never intended to emotionally hurt anyone. If I had a magic wand that would enable me to turn back the hands of time and undo what has been done, you must surely know that I would do so. Unfortunately we all know that is not possible.

At some point, when you think the time is right, please apologize for me to your children and let them know how very sorry I am. They must be made to understand that it was not their fault and they are in no way to blame. As the adult, obviously I should have known better and I regret the trouble I have caused for everyone.

Again, all I can say is how very sorry I am.

*Richard Goldberg*

*EXHIBIT B*

JEFFREY W. WHITING, PH.D.
CLINICAL PSYCHOLOGY

3201 WILSHIRE BOULEVARD
SUITE 310
SANTA MONICA, CALIFORNIA 90403
TELEPHONE (310) 828-2550
FACSIMILE (310) 998-5582

December 6, 2007

Benjamin P. Wasserman
Attorney at Law
419 West Broadway
Long Beach, California 90802

Dear Mr. Wasserman:

I am writing you regarding your client, **Richard Steve Goldberg**, Date of Birth:
November 9, 1945.

Mr. Goldberg is scheduled to be sentenced in Federal Court by the Honorable John F.
Walter on December 10, 2007, after pleading guilty to the Production of Child
Pornography.

For the purpose of completing a Psychological Assessment, Mr. Goldberg was
interviewed on August 14, 16, 21, 24, and November 9, 2007, for a total of 11 hours. He
was administered the Minnesota Multiphasic Personality Inventory-2 (MMPI) on August
18, 2007. The Pre-sentencing Report was reviewed for this case. Various investigation
files were also reviewed for this Assessment.

A large amount of information and data was generated for the purpose of completing this
Assessment of Richard Goldberg. For clarity, brevity and emphasis, I have organized
this report on the basis of what I believe to be the most significant findings.


## BACKGROUND

Richard Goldberg was the older of two sons born to his parents. His father was a World
War 2 veteran who worked as a machinist and a railroad conductor during his career.
Richard's mother was very active in neighborhood, volunteer and social groups; she was
not employed outside of the home. Although Richard had a younger brother, Ellis, he
was born when Richard was 10 years old. Essentially, the Goldberg sons grew up as
"single children" because of their age difference.

Richard reports that his parents had two anniversaries that they celebrated. Richard was
never quite sure why this was the case. "I did wonder if they had to get married because
my mother got pregnant with me. I could tell that my mother was not too happy. I

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 2
December 6, 2007

thought that she did a weird thing repeatedly that I did not understand until I was older. She would go around sniffing on moth balls. I later learned that this was camphor and that it made you high or something. My mother did a lot of that when I was young. She stopped when my brother was born."

Richard remembers that his father was the parent who was most bothered by Richard's presence. He had no energy or time to spend with Richard. "When I was a boy around 8 years old, it became clear that I was not a very good athlete. I asked a kid I knew how he got to be such a good baseball player. He told me that his father played ball with him all the time. I went home and asked my father, 'how come you won't play ball with me?' and he did not even hesitate with his answer. 'I have to provide food and shelter for you and that is it.' I guess that sums it up pretty well."

Richard left high school when he was a junior. "Although I was doing all right with my grades, I wanted to get involved in doing something that was important." He attended an aeronautical school for 2 years and earned not only his GED but also a certificate in a specialty trade. From there, he enlisted in the Air Force as the Vietnam War was heating up in 1964. "My father had hinted for a long time that I should join the service. I think that he wanted to get me out of the house. But I left on my own terms."

While Richard served for 4 years in the Air Force, his mother divorced his father. "They never told me what that was about. My mother must have grown tired of him. The whole thing (divorce) happened while I was away. It was weird. When I left they were married, and when I came back they were divorced."

Richard reports that he enjoyed some of his time in the Air Force but that his tour in the Vietnam theatre was very difficult. For 18 months, he was stationed in the Philippines and his job was to fly supplies into Vietnam and return with the wounded, the dead, and body parts. "They did not prepare us for that experience. I had a hard time with it. I have many bad memories. One time I held a towel over a soldier's intestines as he was crying out in pain. It was my job to keep his intestines from spilling out of him. I also had trouble with the small containers of body parts. I don't really know what to think about that. Never really talked about it."

When Richard came home from the Vietnam War he reported that he was very proud of his service to his country in that difficult time. "I had no idea when I got back that the country was so divided about the war. I was released off the plane in San Francisco and I wore my uniform proudly. I was shocked at the reaction that I received. People would spit at me and call me a baby killer. That was hard to take."

Richard spent his work career in two fields. Although most of his jobs were with defense

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 3
December 6, 2007

contractors, he did work in the security field as a technician for several years in the
1970's and for a year in 1983-84. "I did not realize that working for aerospace was going
to be so risky. I was laid off 4 times. Each job cycle lasted at least 3 years and the last
time it was 10 years. You were always holding your breath that you would not be one of
the unlucky ones to be on the list for the next layoff. I never got fired. But there was not
a lot of security. You just were always holding your breath."

In 1971, Richard married his wife, Cheryl, after dating her for 15 months. "I thought we
were perfect for each other. We were both Jewish. We were intelligent, had a sense of
humor, and we were both hard workers. I thought this was a great formula for success in
marriage. The early years were great. But when I first got laid off and went through a
couple of jobs waiting for the next defense contract to come along, Cheryl had a hard
time with all of the uncertainty. She also did not like the fact that I had to travel. Even
though there were many opportunities for her to go with me, except for one occasion, she
refused to go with me. She began to withdraw. I did not understand why this was
happening. I later figured out that her family background was a difficult one. Her father
had abandoned her mother and siblings and ran off with the secretary. Her mother never
remarried and never seemed to recover from that."

"I got the feeling that Cheryl was expecting that I was going to leave her at some point
even though I was always faithful to her. That it was just a matter of time. That was
ironic because I was never going to leave her. I asked her to go to counseling but she
refused. When our daughters were born (in 1976 and 1979) she even became more
distant. It was very upsetting for me. Cheryl got into the kids and that was fine, but she
also spent a lot of time on the phone with her girlfriends. I did not know what to do. I
was just struggling to keep some stability going in the job area."

After a layoff in 1982, Richard struggled to find employment. In 1983, he got an offer to
work a security job in Los Angeles for a one year contract in advance of the 1984
Olympics. "It was a great opportunity. But I hated leaving Georgia and my family.
Cheryl told me that she was going to get a divorce and I was very upset. I begged her to
reconsider. She brought the girls out for a visit in the summer of 1983 and we had a great
time together. She told me that she would drop the divorce proceedings. I was very
happy. Then, after she got back to Georgia, she called me and told me that she was going
to go through with it because of all the paperwork that was involved if she changed her
mind in the future. I could not believe it. Her answer to me was 'don't be so upset. It is
only a piece of paper.' I did not see it that way."

When Richard returned to Georgia in 1984, he got an apartment with a friend near the
family home. He began to talk to Cheryl and their relationship got back on track. After
about 5 months of dating, she invited him to come home. Richard lived with Cheryl and

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 4
December 6, 2007

the girls until the summer of 1986. He had secured another defense contractor job. "One day Cheryl informed me that it was not working. She could not tell me what she meant only that I needed to leave."

Richard remained in Georgia and continued to visit his daughters on the weekends. He regularly paid Cheryl more child support than was ordered. "I wanted to make sure that the girls had everything that they needed." When his contract was again terminated because of a work slowdown in 1990, he was once again without a job.

"This was especially hard for me. I had always thought that I had two things that really mattered in my life. My family and my work. I no longer had a family. That dream was over. I did not like being only a weekend father and I could not see the point in trying to date. And then when I lost my job, I had nothing."

In 1991, he secured a contract with Lockheed in Long Beach, California. "I did not want to leave Georgia, again, but I really had no choice. I had to support my daughters and I had to go where the work was." Richard worked for Lockheed until May of 2001. "They had informed us in early Spring of that year that they were cutting back the work force and I was going to be in the group to leave. I had escaped many of the previous layoffs but not this time. I was going to be 55, with no retirement, no job future, no family. I was not in a good place."

# PSYCHOLOGICAL TESTING

On the MMPI, a large personality test that is criterion-validated (Richard's profile of scores is compared with a large database of profiles of individuals with detailed histories), Richard generated a valid profile. This means that he was straightforward with his answers. He did not attempt to exaggerate his level of disturbance and he did not deny that he had problems.

Richard's profile is consistent with individuals who are chronically depressed and see themselves as having little ability to positively affect the structure of their lives. It is important to point out that these are long-standing character driven issues that are not created in any significant degree by the fact that he is a defendant in a criminal proceeding who faces the possibility of long-term incarceration. These results are indicative of a long history of expecting very little from life. He has felt powerless in securing his emotional needs and desires.

Often these individuals have had childhoods where they felt invisible. Their parents were indifferent toward them and did not provide warmth and nurturance. When these

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 5
December 6, 2007

children become adults they tend to be very sensitive to rejection. They are like the proverbial tortoise that disappears into his shell when he perceives danger. These individuals do not believe that they matter to anyone and they frequently despair about the circumstances of their lives, especially if they find themselves alone and without relationships that provide emotional sustenance.

Richard tests as being shy and socially ill-at-ease. He would probably not have many individuals who could be described as friends. Associates in a work setting would probably be the limit of his social network. People who do know him would not have an in-depth awareness of who Richard is because Richard is highly reticent to disclose himself. He would unconsciously believe that most people in the world would find him to be unworthy of their interest and time.

The Post-traumatic Stress Disorder research scale is elevated on his profile as well the clinical scales for both depression and anxiety.

## SEXUAL ORIENTATION

Richard asserts that his sexual target of attraction has always been a physically mature woman.

He denies any history of being the victim of child sexual abuse or early sexualization (early exposure to sexual material and/or behavior).

A review of his sexual history revealed a fairly normal development that if anything was somewhat delayed by his lack of interpersonal skills.

He reports that his marriage to Cheryl included a healthy sexual relationship. However, while the couple was having children, Cheryl, according to Richard, began to withdraw from Richard in many ways, including a marked decline in physical signs of affection and sexual activity.

Richard strongly denies any conscious, personal, sexual attraction to children. He admits that he does not fully understand how it was that he came to abuse the children in the instant offense given the fact that he feels that he is not sexually oriented toward children.

"After I found out that I was going to lose my job, I started drinking pretty heavily. The neighbor kids had always been around but I had never done anything inappropriate with them. Never had any thought about it. Never occurred to me. But something did happen. I lost control in a way that I do not understand. I was drunk a lot of that time in

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 6
December 6, 2007

the Spring of 2001. I wonder if I got self-destructive. But that does not explain what I did to the kids. I do not understand what made me do this with the kids. It is terrible. I am disgusted with myself. And I realize that I hurt many people, especially the kids."

Richard denies being sexually addicted. He denies any use of the computer to acquire images of illegal pornography.

Richard claims that while he was residing in Montreal, he had no desire to do anything of an illegal nature. He claims that the computer that was seized had nothing inappropriate on the hard drive. He denies having any relationships with anyone while he was living in Canada.

## SUMMARY

Richard Goldberg had a horrible developmental history in which he received limited love and attention from his parents. This emotional abuse scarred him in that he grew up believing that he had no intrinsic value in the world. He formed the adaptation to his depression that if he could form his own family and establish a work identity that he could find some meaning for his life.

I believe that his Vietnam experience was traumatizing and contributed to Richard's rather pessimistic outlook for finding redemption in life. He did not have the internal strength and resources to experience the amount of death and dying that he witnessed. He has never received any type of psychological intervention. While emotionally healthy individuals who survive the horror of war have grave difficulties adjusting to their experiences, research has shown that the psychological price paid by those who are not blessed with a solid emotional foundation is even more profound and long-lasting.

Chronic depression and the inability to develop functional relationships are two of the leading signs of this malady.

Richard Goldberg, unfortunately, went on to live out his life putting all of his emotional eggs in two baskets: 1) his marriage and family life with Cheryl, and 2) his career. It is tragic that Richard entered into his marriage with Cheryl without having any appreciation about the vulnerability that he brought with him from his family-of-origin background. He did not understand that he would be prone to becoming horribly depressed if he experienced rejection, especially from his wife or his employer.

Unaware of his emotional vulnerability, Richard suffered horribly when his adult life began to evolve in such a manner that he faced rejection in both of these crucial relational

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 7
December 6, 2007

realms. Without a core belief in his own, personal, inherent value in the world, he was subject to being defined on whether or not his wife and employer wanted and needed him. When he experienced rejection from Cheryl and layoffs from his employer, Richard Goldberg became depressed without the inner resources for attenuation and recovery.

It is my opinion that Richard Goldberg experienced his divorce as something that was done to him. His wife left him without Richard understanding the cause of her disenchantment with him. "We were so perfect on paper. It should have worked."

And to make matters even more acute, Richard Goldberg had no awareness of his vulnerability to interpret his adult losses in much the same way he did when he was a child.

In the case of the loss of his job in Long Beach in 2001, it came at the end of 10 years where Mr. Goldberg was solely defining himself on the basis of being a dutiful worker. During the period leading up to the Instant Offense, without a wife, Richard's only value to himself pertained to his role at the aerospace company. After many threats across his career of this role ending, when his job at the company received its "last rites" at age 55, Richard believed that his life was over. He had no family and he had no job future. He began to drink and despair.

I believe that Mr. Goldberg's criminal activity in the Instant Offense was situational and not indicative of a sustained, chronic, sexual orientation toward children. While his behavior in this case is absolutely abhorrent, Richard Goldberg is not a fixated pedophile. This was a crime of opportunity, not the result of a life-long perverse orientation.

However, it is apparent that Richard Goldberg had no awareness of his vulnerability to losing all judgment in the context of allowing the neighborhood children to freely come and go at his residence. It is sad to realize that Richard's world had become so isolated, lonely and pathetic that these neighborhood children offered him the only distraction from the woes of his solitary existence. The fact that his relationship with his victims morphed into something horrible and injurious was the result of Richard's depression, his existential crisis, his drunkenness, and a window of corruption in his judgment and behavior that he to this day does not understand.

Although Richard Goldberg has been clinically depressed for most of his life, and vulnerable to decompensation and collapse during periods of experienced rejection throughout his adult life, I do not believe that he has ever appreciated and accepted the profound depth and seriousness of his mental illness.

In asking for a sentence at the low end of the recommended guidelines, in no way do I

Benjamin P. Wasserman
RE: **Richard Steve Goldberg** – Page 8
December 6, 2007

mean to ignore or diminish the psychological injury to the victims in this case. Throughout my career I have treated many patients who have been the victims of childhood sexual abuse. I know very well the damage that sexual abuse generates. For the harm that he has caused to the children in this case, I do believe that Richard Goldberg deserves to be sentenced to a prison term of 10 years.

I strongly recommend that Mr. Goldberg be assigned to the Sex Offender Treatment Program at the appropriate time within the Bureau of Prisons. To date, Mr. Goldberg has never been in treatment for his depression, nor does he possess any understanding about how his aberrant sexual behavior in this case is fueled and driven by his emotional issues that can become corrupted when he experiences rejection and isolation.

Given the fact that he will be in his late 60's to early 70's when he enters the Sex Offender Treatment Program, he will have adequate time to reflect on his life prior to admission. It is my sincere hope that he avails himself of psychological treatment between now and when he enters Butner. I am confident that with the opportunity to examine his life, Richard Goldberg will grow to understand himself and his vulnerabilities so that when he satisfactorily completes his sentence, he will no longer represent a threat to society and find significant relief from his chronic depression.

If I can answer any questions regarding my Assessment of Richard Goldberg from Judge Walter, the United States Attorney, or your office, please do not hesitate to contact me.

Jeffrey W. Whiting, Ph.D.
Psychologist (California License PSY 7853)
Member, American College of Forensic Psychology
National Register of Health Care Providers in Psychology

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     )  ss.
COUNTY OF LOS ANGELES )

I, DENNIS CLAXTON, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action; my business address is 701 E. Third Street, Suite 240, Los Angeles, California 90013.

On December 6, 2007, I caused the foregoing document described as:

**DEFENDANT'S SECOND SUPPLEMENTAL**

**SENTENCING MEMORANDUM, WITH EXHIBITS**

to be served upon the interested parties in this action via facsimile:

Coleen L. Ghaffari
United States Probation Officer
United States Probation Office
600 U.S. Courthouse
312 N. Spring Street
Los Angeles, California 90012
(213) 894-3627

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2007, at Los Angeles, California.

DENNIS CLAXTON