UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 07-582-JFW**                      Dated: December 10, 2007

====================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Victoria Valine | Jennifer A. Corbet, AUSA |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

====================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Richard Steven Goldberg              1)   Ben Wasserman
     present in custody                         present   retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

Court inquires if any victims are present who intend to address the Court prior to sentencing.

Government counsel shall file exhibits under seal as discussed in Court.

Statement of Reasons processed.

Judgment entered, filed and distributed.

cc: USPO

Initials of Deputy Clerk  _sr_
/60 min