11/30/07



*CR 07-00582-JFW*
*REF, GROUND #6*

**MEMORANDUM**

✶ Date:        September 24, 2007

/

To:         Ben Wasserman

From:       Dennis Claxton

Re:         Richard Goldberg

═══════════════════════════════════════════

*CONFIDENTIAL*

ATTORNEY-CLIENT PRIVILEGED

WORK PRODUCT MATERIAL

I. Interview with Dan Boehner

We spoke by telephone with Dan Boehner on September 19, 2007.  Mr. Boehner is Director of Corporate Security at CTV (Canadian Television) Globe Media in Toronto, Canada (416/332-5000).  He told us the following:

• An envelope from Richard Goldberg addressed to news anchor Lloyd Robertson was intercepted by CTV security before Robertson received it.  Mr. Boehner told us that he himself opened the envelope and found a floppy disc containing a rambling transcript with references to things like "runaway justice gone berserk."

• Boehner told us there was no written correspondence in the

✶ GROUND 6 REFERENCES CLAXTON'S LETTER OF SEPT. 19, THE "CALL" WAS ON THIS DATE, IT SHOULD REFERENCE THIS (SEPT. 24) DATE.

Re: Richard Goldberg
September 24, 2007
Page 2

envelope, only the floppy disc.  In an interview at MDC on
September 21, 2007, Richard Goldberg told us that he had
also sent a dated cover letter and that the postmark on the
envelope should show a date of May 5 or 6, 2007,  almost one
week before his arrest in the early morning hours of Friday
May 12, 2007.

- Mr. Boehner told us that Richard's letter sat in Lloyd
Robertson's pigeonhole over the weekend after Richard's
arrest and that the envelope and its contents were out of
CTV's hands almost immediately.  He told us he handed the
envelope and its contents over to the Royal Canadian
Mounted Police (RCMP) on May 14, 2007 at 4:55 p.m.  and
that the RCMP  in turn transferred it to Montreal City Police.

II.  Interview with Cathy Cote

We spoke by telephone with Cathy Cote on September 20,
2007.  Ms. Cote is an officer at the U.S. Consulate in Montreal,
Canada (5145/398-9695).  She told us the following:

- Ms. Cote remembers receiving a call from a man she did not
know,  and who did not identify himself,  who told her that
she would know who he was when his story came out in the
newspaper.  She said the man told her he wanted to turn
himself in and go back to the United States.

- Ms. Cote told us that after the news of Richard's arrest came
out she remembered that the caller had asked if he could turn
himself in at the consulate.  She told him that was not
possible and advised him to speak to an attorney to help him
make preparations and have everything in order before
turning himself in.

- Ms. Cote closed our conversation by saying "I definitely spoke

Re: Richard Goldberg
September 24, 2007
Page 3

           with a man who said he wanted to turn himself in."

III.  Interview with Attorney Jeff Boro

      We spoke by telephone with Jeff Boro on September 20, 2007. Mr. Boro is the attorney Richard contacted to help arrange his surrender.  Mr. Boro's office phone is 514/871-8481.  His home phone is 514/846-1104.  Mr. Boro toldus the following:

- Richard met with Mr. Boro about two days before he was arrested.  Mr. Boro believes a witness was present at the interview but he is not certain.

- Mr. Boro told us that part of the decision that resulted from that meeting was for him to contact Ben Wasserman and make arrangements for Richard to give himself up.  He said he had been involved in such arrangements before and was aware that he could help Richard by ensuring that he was sent on a non-stop flight to California, an option Mr. Boro described as better from both a bail point of view and a humanistic point of view.

- Mr. Boro said he wanted to help Richard but never got the chance to start the case before Richard was arrested.  He also told us that he told news reporters on more than one occasion that Richard had intended to give himself up before his arrest. Copies of some of those news reports are attached to this memo.

- Mr. Boro is available to speak to Richard's probation officer if requested and said that he would not hesitate to do so because "the truth is the truth."

      End of memo.

NONE OF THIS IMPORTANT INFORMATION WAS
EVER PUT IN ANY WRITTEN REPORT AND
SUBMITTED TO THE JUDGE, AS I HAD REPEATEDLY
INSTRUCTED WASSERMAN TO DO. TWO

11/30/07

CR 07-00582-JFW
REF. GROUND #6

**MEMORANDUM**

✳ Date:        September 24, 2007

To:          Ben Wasserman

From:        Dennis Claxton

Re:          Richard Goldberg

---

***CONFIDENTIAL***

ATTORNEY-CLIENT PRIVILEGED

WORK PRODUCT MATERIAL

I. Interview with Dan Boehner

We spoke by telephone with Dan Boehner on September 19, 2007. Mr. Boehner is Director of Corporate Security at CTV (Canadian Television) Globe Media in Toronto, Canada (416/332-5000). He told us the following:

- An envelope from Richard Goldberg addressed to news anchor Lloyd Robertson was intercepted by CTV security before Robertson received it. Mr. Boehner told us that he himself opened the envelope and found a floppy disc containing a rambling transcript with references to things like "runaway justice gone berserk."

- Boehner told us there was no written correspondence in the

✳ GROUND 6 REFERENCES CLAXTON'S LETTER OF SEPT. 19, THE "CALL" WAS ON THIS DATE. IT SHOULD REFERENCE THIS (SEPT. 24) DATE.

Re: Richard Goldberg
September 24, 2007
Page 2

envelope, only the floppy disc. In an interview at MDC on September 21, 2007, Richard Goldberg told us that he had also sent a dated cover letter and that the postmark on the envelope should show a date of May 5 or 6, 2007, almost one week before his arrest in the early morning hours of Friday May 12, 2007.

- Mr. Boehner told us that Richard's letter sat in Lloyd Robertson's pigeonhole over the weekend after Richard's arrest and that the envelope and its contents were out of CTV's hands almost immediately. He told us he handed the envelope and its contents over to the Royal Canadian Mounted Police (RCMP) on May 14, 2007 at 4:55 p.m. and that the RCMP in turn transferred it to Montreal City Police.

II. Interview with Cathy Cote

We spoke by telephone with Cathy Cote on September 20, 2007. Ms. Cote is an officer at the U.S. Consulate in Montreal, Canada (5145/398-9695). She told us the following:

- Ms. Cote remembers receiving a call from a man she did not know, and who did not identify himself, who told her that she would know who he was when his story came out in the newspaper. She said the man told her he wanted to turn himself in and go back to the United States.

- Ms. Cote told us that after the news of Richard's arrest came out she remembered that the caller had asked if he could turn himself in at the consulate. She told him that was not possible and advised him to speak to an attorney to help him make preparations and have everything in order before turning himself in.

- Ms. Cote closed our conversation by saying "I definitely spoke

Re: Richard Goldberg
September 24, 2007
Page 3

with a man who said he wanted to turn himself in."

III.  Interview with Attorney Jeff Boro

We spoke by telephone with Jeff Boro on September 20, 2007. Mr. Boro is the attorney Richard contacted to help arrange his surrender.  Mr. Boro's office phone is 514/871-8481.  His home phone is 514/846-1104.  Mr. Boro toldus the following:

- Richard met with Mr. Boro about two days before he was arrested.  Mr. Boro believes a witness was present at the interview but he is not certain.

- Mr. Boro told us that part of the decision that resulted from that meeting was for him to contact Ben Wasserman and make arrangements for Richard to give himself up.  He said he had been involved in such arrangements before and was aware that he could help Richard by ensuring that he was sent on a non-stop flight to California, an option Mr. Boro described as better from both a bail point of view and a humanistic point of view.

- Mr. Boro said he wanted to help Richard but never got the chance to start the case before Richard was arrested.   He also told us that he told news reporters on more than one occasion that Richard had intended to give himself up before his arrest. Copies of some of those news reports are attached to this memo.

- Mr. Boro is available to speak to Richard's probation officer if requested and said that he would not hesitate to do so because "the truth is the truth."

End of memo.

NONE OF THIS IMPORTANT INFORMATION WAS
EVER PUT IN ANY WRITTEN REPORT AND
SUBMITTED TO THE JUDGE, AS I HAD REPEATEDLY
INSTRUCTED WASSERMAN TO DO. NO